# IN THE SUPREME COURT OF THE STATE OF NEVADA

TMM, INC., A NEVADA
CORPORATION; MICHAEL K.
KOZOLE, AN INDIVIDUAL; STANLEY
FORD, AN INDIVIDUAL; AND PAUL B.
HEALY, AN INDIVIDUAL,

Appellants,

vs.

DIMENSION, INC., A NEVADA
CORPORATION; AND DIGITAL FOCUS
MEDIA, INC., A DISSOLVED
CALIFORNIA CORPORATION,

Respondents.

No. 80275

FILED

OCT 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Lansford W. Levitt, Settlement Judge
Pacific Premier Law Group
Laxague Law, Inc.
Weide & Miller, Ltd.
Eighth District Court Clerk

20-38232